IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| William C. Dobbing, Jr., | ) | C/A No. 0:15-4030-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Commissioner of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     This civil action seeks review of a decision of the Commissioner of Social Security denying Plaintiff's application for Social Security Disability benefits. (ECF No. 1 at 1.) Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

     Plaintiff's attorney submitted an Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO240), which has been docketed as a motion for leave to proceed *in forma pauperis*. (ECF No. 3.) However, the motion does not provide sufficient information for the court to determine whether Plaintiff should be allowed to proceed without prepayment of the filing fee. Therefore, Plaintiff's attorney is directed to submit Plaintiff's answers to the attached special interrogatories within twenty-one days (21) from the issuance of this order.

**IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 8, 2015
Columbia, South Carolina